entered January 15, 1926, which affirmed an order of the New York County Surrogate's Court assessing a transfer tax upon the estate of Edna Wilson, a non-resident, deceased. The appeal of the State Tax Commission is upon the ground that said order of the Surrogate's Court erroneously fixes the amount of the transfer tax under article 10 of the Tax Law for the reason that the provisions of section 221-c of said article, as added by chapter 432 of the Laws of 1922 and in effect on the date of the transfer, have been improperly construed and applied, in that deductions for debts and funeral and administration expenses were made from the real property included in the estate, whereas such deductions should have been made from personal property only. The executors and legatees have appealed on the ground that the real estate situated in the State of New York was erroneously pro-rated to the payment of the general legatees instead of being taxed to the residuary legatees.

*Seth T. Cole* and *Charles A. Curtin* for State Tax Commission, appellant and respondent.

*Harry Baer* for executors and legatees, respondents and appellants.

Order affirmed, without costs to either party; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

ELEANOR W. RAINKE, Respondent, *v.* GEORGE A. COLGAN, JR., Appellant.

*Negligence — motor vehicles — guest riding in automobile injured through negligence of driver.*

*Rainke* v. *Colgan*, 216 App. Div. 820, affirmed.

(Argued June 9, 1926; decided July 9, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 27, 1926, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The com-

plaint alleged that while plaintiff was riding as a guest in defendant's automobile then being operated by defendant in the borough of Manhattan, in the vicinity of Harlem River Speedway and near Highbridge, defendant so carelessly and negligently conducted the management and operation of said automobile that it was caused or permitted to descend a steep flight of stone steps causing the injury complained of.

*Alfred M. Bailey* and *Frank J. O'Neill* for appellant.

*Charles B. Law* and *Frederick S. Martyn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

LUKASZ LUKAWSKI, Respondent; *v.* JAMES DEVLIN, Appellant.

*Contract — Statute of Frauds — specific performance — vendor and purchaser — sufficiency of memorandum of contract for sale of real property.*

*Lukawski* v. *Devlin*, 214 App. Div. 734, affirmed.

(Submitted June 9, 1926; decided July 9, 1926.)

APPEAL from a judgment entered July 2, 1925, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term and directing judgment in favor of plaintiff. The action was brought for the specific performance of the following alleged contract to sell real property:

" STATEN ISLAND,
       "*May 16th*, 1923.

" Received from Lukasz Lukawski, the sum of $100.00 (One Hundred Dollars) in part payment of $3,500.00 (Thirty-five Hundred Dollars), on House, No. 35–37 John Street, Port Richmond, S. I., the balance to be paid in 60 days.          JAMES DEVLIN,
               " Tel. P. R. 332-M."